# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**WILLIE THOMAS MURPHY,**

    **Plaintiff,**

v.                                                       **Case No. 3:24cv552-TKW-HTC**

**JANET YELLEN, et al.,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as malicious and an abuse of the judicial process based on Plaintiff's failure to truthfully disclose his litigation history. *See Burrell v. Warden*, 857 F. App'x 624, 625 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents his prior litigation history on a complaint form requiring disclosure of such history and signs the complaint under penalty of perjury, as such a complaint is an abuse of the judicial process."). Accordingly, it is

    **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious an abuse of the judicial process under 28 U.S.C. §§1915(e)(2)(B)(i) and 1915(A)(b) for abuse of the judicial process based on Plaintiff's failure to truthfully disclose his litigation history.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 9th day of December, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv552-TKW-HTC